### 17419, 17420.　MAPLES *v.* THE STATE.

BROYLES, C. J.　1. The amendment to the motion for a new trial in each of these two cases is without merit.

2. The general grounds of the motions for a new trial, not being argued or insisted upon in the brief of counsel for the plaintiff in error, are treated as abandoned.

　　　　　　　*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

　　　　　　　DECIDED JULY 14, 1926.

Profane language, etc.; from Miller superior court—Judge Yeomans.　March 29, 1926.

*P. Z. Geer,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.

---

Criminal Law, 17 C. J. p. 212, n. 18.